ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE E. WOMACK,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>    Defendants. | CASE NO. 2:19-CV-01881-JCM-BNW<br><br>**ERRATA TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL<br>(CHRISTOPHER J. NEUMANN)** |

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Defendants" or "Bard") respectfully request this Court to accept this Errata to the Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel submitted by Christopher J. Neumann, of the law firm Greenberg Traurig LLP and located in Denver, Colorado, as counsel for Defendants.

    Mr. Neumann filed his petition to practice *pro hac vice* ("Petition") on November 20, 2019. [Dkt. 10.] The Court granted the Petition on November 22, 2019. [Dkt. 11.]

Defendants respectfully request this Court to replace the Petition originally filed with the Court with the corrected *pro hac vice* petition attached to this Errata as Attachment 1. The revisions to the Petition include Exhibits B and C to Attachment 1.

This motion is necessary to comply with Local Rule 1A 11-2.

DATED this 27th day of February 2020.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500

*Counsel for Defendants*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CERTIFICATE OF SERVICE

I hereby certify that on **February 27, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TAURIG, LLP

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case #2:19-cv-01881-JCM-VCF

DANIELLE E. WOMACK,

    Plaintiff(s),

vs.

C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Christopher J. Neumann_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Greenberg Traurig, LLP
(firm name)

with offices at _____1144 15th Street, Suite 3300_____,
(street address)

_____Denver_____, _____Colorado_____, _____80202_____,
(city) (state) (zip code)

_____303-572-6500_____, _____neumannc@gtlaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

C. R. Bard, Inc., Bard Peripheral Vascular, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 30, 1998 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Colorado | December 15, 1998 | 785900 |
| U.S. District Court, District of Columbia | June 4, 2007 | CO0044 |
| U.S. Court of Appeals, Tenth Circuit | May 6, 1999 | |
| U.S. Court of Appeals, Ninth Circuit | September 15, 2016 | |
| U.S. Court of Appeals, Eighth Circuit | May 2002 | |
| U.S. Court of Appeals, District of Columbia | May 2010 | |
| State of Colorado | October 30, 1998 | 29831 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

No

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association
Colorado Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| ~~XXXXX~~ | | | |
| See Exhibit B and Exhibit C attached hereto. | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Colorado____ )
                          )
COUNTY OF ____Denver____ )

____Christopher J. Neumann____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14th__ day of __November__, __2019__.

_____
Notary Public or Clerk of Court

JULIE ANNE VOSS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084003522
MY COMMISSION EXPIRES OCTOBER 3, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Eric W. Swanis____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89135____,
(city)            (state)          (zip code)

____702-792-3773____, ____swanise@gtlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Eric W. Swanis_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Greg A. Dadika_
(party's signature)

Greg A. Dadika, Associate General Counsel, Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

6840                swanise@gtlaw.com
Bar number          Email address

APPROVED:

Dated: **February 28, 2020.**

[signature]
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# **CERTIFICATE OF SERVICE**

I hereby certify that on **November 20, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

John A. Dalimonte
(MA Bar No. 554554)
DALIMONTE RUEB, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com
*Co-counsel for Plaintiff*

 */s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

# EXHIBIT A



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## CHRISTOPHER J NEUMANN

was admitted to practice in this court on
December 15, 1998
and is in good standing with no disciplinary history.

Dated: November 12, 2019

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk





# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, _Cheryl Stevens_ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**CHRISTOPHER JOHN NEUMANN**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A. D. **1998** and that at the date hereof the said **CHRISTOPHER JOHN NEUMANN**

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **14th** day of **November** A. D. **2019**

**Cheryl Stevens**
Clerk

By _[signature]_
Deputy Clerk

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## CHRISTOPHER NEUMANN

was, on the __4th__ day of __June__ A.D. __2007__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __18th__ day of __November__ A.D. __2019__.



**ANGELA D. CAESAR, CLERK**

By: _____
**Deputy Clerk**

EXHIBIT B

# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
Christopher J. Neumann's Previously and Concurrently Filed
Petitions for Permission to Practice in This Case Only by
Attorney Not Admitted to the Bar of This Court

| CASE NAME/STATUS | CASE # | DATE FILED/GRANTED [DKT. NO.] |
|---|---|---|
| Cardona v. C. R. Bard, Inc., et al./ **Dismissed** | 2:19-cv-01573-KJD-BNW | Filed 10/4/19 [12]; Granted 10/7/19 [13] |
| Freeman v. C. R. Bard, Inc., et al. | 2:19-cv-01572-RFB-BNW | Filed 10/4/19 [12]; Granted 10/9/19 [13] |
| Hrnciar v. C. R. Bard, Inc., et al. | 2:19-cv-01872-RFB-BNW | Filed 11/20/19 [11]; Granted 11/21/19 [12] |
| Johnston v. C. R. Bard, Inc., et al. | 3:20-cv-00069-MMD-BNW | Filed 11/20/19 [16]; Granted 11/21/19 [17] |
| Orgill v. C. R. Bard, Inc., et al. | 2:19-cv-01882-RFB-BNW | Filed 11/20/19 [12]; Granted 11/21/19 [13] |
| Scholer v. C. R. Bard, Inc., et al./ **Dismissed** | 2:19-cv-01568-KJD-BNW | Filed 10/4/19 [15]; Granted 10/16/19 [16] |
| Sekuler v. C. R. Bard, Inc., et al. | 2:19-cv-01568-KJD-BNW | Filed 10/4/19 [13]; Granted 10/22/19 [16] |
| Spilotro/Duenas v. C. R. Bard, Inc. | 2:19-cv-01586-KJD-BNW | Filed 10/3/19 [11]; Granted 10/7/19 [14] |
| Tilden v. C. R. Bard, Inc., et al./ **Stipulated Dismissal to be Filed** | 2:19-cv-01571-JAD-DJA | Filed 10/4/19 [19]; Granted 10/7/19 [20] |
| Vanbiber v. C. R. Bard, Inc., et al. | 2:19-cv-01884-KJD-BNW | Filed 11/20/19 [10]; Granted 11/22/19 [11] |
| Womack v. C.R. Bard, Inc., et al. | 2:19-cv-01881-JCM-BNW | Filed: 11/20/19 [10]; Granted 1/22/19 [11] |
| Woods v. C. R. Bard, Inc., et al. | 2:19-cv-01583-RFB-BNW | Filed 10/4/19 [13]; Granted 10/9/19 [14] |

EXHIBIT C

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE E. WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-01881-JCM-BNW<br><br>AFFIDAVIT IN SUPPORT OF VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |

STATE OF COLORADO  )
                   )
                   ) ss:
                   )
COUNTY OF DENVER   )

I, CHRISTOPHER J. NEUMANN, being first duly sworn upon my oath, depose and state as follows:

1. I file this Affidavit pursuant to Local Rule IA 11-2(h)(2). I am a shareholder with the law firm of Greenberg Traurig, LLP ("GT"). GT was retained by Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Defendants" or "Bard") to provide them legal representation for the many cases remanded to this District, and hundreds of others remanded in other states, from the Multi-District Litigation proceeding styled *In re: Bard IVC Filter Litigation*, No. 2:15-MD-02641-DGC, pending before Senior Judge David Campbell of the District of Arizona (the "MDL").

To date, there have been two rounds of remands from the District of Arizona MDL to the District of Nevada. In the first round of remands on August 20, 2019, fourteen (14) cases were remanded to this District. In the second round of remands on October 17, 2019, ten (10)

cases were remanded to this District. The above-captioned case was part of the second round of remands to this District. *See Suggestion of Remand and Transfer Order (Second)* (Dkt. 3.) More remands are expected in the future.

2. I am a member in good standing of the State Bar of Colorado, where I regularly practice law. I am also admitted to practice before the United States District Courts for the District of Colorado and the District of Columbia, and several U.S. Circuit Courts of Appeal. *See* Verified Petition, No. 4.

3. I am co-lead in this action and several of the other MDL remands to this Court with Eric W. Swanis, who is a member of the State Bar of Nevada and a GT shareholder who resides and practices law in Nevada. *See* Verified Petition (Attachment 1).

4. Due to the number and timing of these remands, I inadvertently neglected to identify in No. 8 of my Verified Petition the other MDL remand cases in which I had previously or simultaneously filed applications to practice *pro hac vice* before this Court. I have now corrected the Verified Petition to identify all actions in which I have filed applications to appear as counsel under Local Rule IA 11-2(b)(7) during the past three years. *See* Exhibit B to Verified Petition.

5. My firm has extensive experience in medical device products liability actions and represents Bard in remands of IVC filter litigation across the country. I also have had extensive interactions with client representatives concerning the facts underlying this matter and am familiar with the facts and client-specific legal strategies pertinent to this litigation.

6. The granting of my Verified Petition serves the ends of justice by ensuring that the interests of Bard are thoroughly represented by the persons most knowledgeable about the litigation.

7. I therefore submit this Affidavit to establish special circumstances and good cause to permit Bard to be defended in this matter by its counsel of choice. In my judgment, Bard would be deprived of these benefits if I were unable to represent it in this litigation.

8. For all foregoing reasons, there are special circumstances and good cause that warrant the granting of my Verified Petition.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 26th day of February, 2020.

_____
CHRISTOPHER J. NEUMANN, ESQ.

SUBSCRIBED AND SWORN to before me this 26th day of February, 2020.

_____
Notary Public or Clerk of Court

JULIE ANNE VOSS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084003522
MY COMMISSION EXPIRES OCTOBER 3, 2020