| | |
|---|---|
| 1 | ERIC W. SWANIS, ESQ. |
| | Nevada Bar No. 6840 |
| 2 | **GREENBERG TRAURIG, LLP** |
| | 10845 Griffith Peak Drive, Suite 600 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-3773 |
| 4 | Facsimile: (702) 792-9002 |
| | Email: swanise@gtlaw.com |
| 5 | |
| | CHRISTOPHER J. NEUMANN, ESQ. |
| 6 | *Admitted Pro Hac Vice* |
| | **GREENBERG TRAURIG, LLP** |
| 7 | 1144 15th Street, Suite 3300 |
| | Denver, Colorado 80202 |
| 8 | Telephone: (303) 572-6500 |
| | Email: neumannc@gtlaw.com |
| 9 | *Counsel for Defendants* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE E. WOMACK, | Case No. 2:19-cv-01881-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |
| v. | |
| C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED.**

Dated this 27th day of May 2021.

| | |
|---|---|
| DALIMONTE RUEB STOLLER, LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Gregory D. Rueb* | By: */s/ Eric W. Swanis* |
| GREGORY D. RUEB, ESQ.<br>*Admitted Pro Hac Vice*<br>515 S. Figueroa Street, Suite 1550<br>Los Angeles, California 90071<br>greg@drlawllp.com | ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada 89135 |
| BRIAN D. NETTLES, ESQ.<br>NETTLES MORRIS<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>brian@nettlesmorris.com | CHRISTOPHER NEUMANN, ESQ.<br>*Admitted Pro Hac Vice*<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Email: neumannc@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated June 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002